IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AL JABBAR SALAM,                                                                    PLAINTIFF
ADC #091534

v.                              CASE NO. 5:14CV00441 BSM

JIMMY W. VIA, III, et al.                                                           DEFENDANTS

## ORDER

The proposed partial findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff's objections thereto have been reviewed. After a careful consideration of these documents and a *de novo* review of the record, it is concluded that the proposed partial findings and recommendations should be, and hereby are, approved in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      All claims other than the failure to protect claim against defendants Via and Mingo are dismissed without prejudice because plaintiff has failed to state claims upon which relief may be granted.

2      Defendants Waddle, Jackson, Washington, Cantrell, Thompson, Robinson, Clark, Hobbs, Allen, Baldwin, Andrew, Piggee, Moses Jackson, Iko, Olson, York, Vest, Davenport, Plummer, London, Watson, Price, Pratt, Taylor, Does, Filed, Quinones, Brokes, Higgins, Newton, Hargrave, Davis, Watson, Warren, and Spencer are dismissed without prejudice.

1

IT IS SO ORDERED this 29th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE