**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**AL JABBAR SALAM,**                                                                          **PLAINTIFF**
**ADC #091534**

v.                          CASE NO. 5:14CV00441 BSM

**JIMMY W. VIA, III, et al.**                                                                  **DEFENDANTS**

**ORDER**

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration, the proposed findings and recommendations are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1   Plaintiffs Jabbar Salam's amended complaint [Doc. No. 5] is dismissed without prejudice for failure to prosecute.

2   Defendants' motions to revoke and dismiss [Doc. Nos. 17, 19, & 26] are denied as moot.

IT IS SO ORDERED this 17th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE